RECEIVED
IN ALEXANDRIA, LA
MAY 17 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PATRICIA A. JONES,<br>　　　Appellant | CIVIL ACTION<br>NO. CV06-0687 |
| VERSUS | |
| JO ANNE B. BARNHART, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Jones' appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this _16th_ day of _MAY_, 2007.

　　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE